

**FILED & ENTERED**

APR 23 2025

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY** moser    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# RIVERSIDE DIVISION

In re:

NICOLE ANNA MARQUEZ,

                    Debtor.

Case No.: 6:25-bk-12197-RB

CHAPTER 13

**ORDER SETTING HEARING ON MOTION FOR RELIEF FROM STAY**

Date:       May 7, 2025
Time:      11:00 a.m.
Courtroom: 303

(In-Person and Zoom Appearance)

    On April 8, 2025, Nicole Anna Marquez ("Debtor") filed a chapter 13 petition, thereby commencing this case. Dkt. 1. On April 21, 2025, a Motion for Relief From Stay ("Motion") was filed by Creditor CFIN 2022-RTL1 Issuer LLC ("Creditor"). Dkt. 26. Also on April 21, 2025, Creditor filed an Application to Shorten Time. Dkt. 27.

    The Court having the Application to Shorten Time and the Motion,

**IT IS HEREBY ORDERED**:

1. That the Application to Shorten Time is DENIED.

2. A hearing on the Motion will be held on **May 7, 2025**, at 11:00 a.m. in Courtroom 303 at the Riverside Bankruptcy Court located at 3420 Twelfth Street, Riverside, California. Parties may attend the hearing in person or remotely via Zoom.

3. A written notice of the hearing, a copy of this order, a copy of the motion, declarations, and supporting documents must be served on all relevant parties/entities by **April 25, 2025.**

4. A Declaration of Notice and Service establishing written notice, and service of the motion and this order was completed as set forth above, and a **judge's copy** of the Declaration of Notice and Service must be personally delivered to the judge's chambers **no later than April 30, 2025.**

5. Any written opposition to the motion must be filed with the Court and served on all relevant parties/entities by **May 2, 2025.**

6. A reply to the opposition may be made orally at the hearing.

###

Date: April 23, 2025

Magdalena Reyes Bordeaux
United States Bankruptcy Judge

-2-